# UNITED STATES DISTRICT COURT
### for the
District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jose Alegria | ) | Case No.  3:14-mj-00343-KFM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____November 17, 2010____ in the county of _____ in the _____ District of ____Alaska____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code § 1015 (e) | False statement or claim of United States citizenship to obtain Federal or State benefit or service |

This criminal complaint is based on these facts:

See affidavit of Special Agent Joshua A. Mitnick incorporated by reference herein.

☑ Continued on the attached sheet.

Signature Redacted

_____
*Complainant's signature*

Joshua A. Mitnick Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

Date: ____11/17/2014____

*Judge's signature*

City and state: ____Anchorage, Alaska____

Kevin F. McCoy, United States Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | No. 3:14-mj-00343-KFM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Affidavit of** |
| ) | **Joshua A. Mitnick** |
| Jose Alegria, ) | |
| ) | |
| Defendant ) | |
| ) | |

I, Joshua A. Mitnick, am a Special Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) currently employed in the Anchorage, Alaska office. I have been assigned as case agent in the matter of Jose Alegria, and in that capacity declare as follows:

1. I have been a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations since February, 2008. Prior to my employment as a Special Agent with HSI, I was a Canine Enforcement Officer with the Department of the Treasury, United States Customs Service for approximately five years. My primary investigative assignment has been the investigation of immigration and customs related matters. I have been involved in numerous immigration and customs cases either as a participating investigator or as a case agent. I have received Customs Inspector Training, Canine Enforcement Training, Criminal Investigator Training, and ICE Special Agent training.

2. Any facts or circumstances that are cited in this affidavit are familiar to me through my direct participation in this investigation and as related to me by other law enforcement officers pertaining to this investigation.

3. This affidavit is made in support of a criminal complaint charging Jose Alegria with:

   Violation of Title 18, United States Code, Section 1015(e), whoever knowingly makes any false statement or claim that he is, or at any time has been, a citizen or

national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service, or to engage unlawfully in employment in the United States.

4. On November 17, 2010, in Anchorage, Alaska, Jose Alegria applied for and received a renewal of a State of Alaska identification card. On the application, Jose Alegria stated his name was Carlos Velazquez and he was a U.S. citizen born in Puerto Rico. The State of Alaska, Department of Motor Vehicles (DMV) photograph taken on November 17, 2010 pursuant to the identification card renewal is a photograph of Jose Alegria.

5. HSI agents queried Department of Homeland Security databases and determined the following: Jose Alegria was arrested in Anchorage, Alaska on numerous occasions. Pursuant to the arrests, Alegria's fingerprints were captured. Alegria's fingerprints were a match to Federal Bureau of Investigation (FBI) number 130662AB3. FBI numbers are assigned to an individual based upon an individual's fingerprints and the FBI number is unique to only one individual.

6. HSI Special Agent Mitnick queried the criminal history for FBI number 130662AB3. The criminal history showed that Alegria had been encountered on three occasions by the Immigration and Naturalization Service (INS). On each encounter, Alegria had been assigned an Alien Number. The Alien Number's assigned to Alegria are 091 613 158, 026 967 629 and 070 045 082.

7. HSI Special Agent Mitnick examined the alien files assigned to Alegria. Alien files 091 613 158 and 026 967 629 had been merged into a single file. A synopsis of the file is as follows: The file contained a copy of Alegria's birth certificate which shows he was born in El Salvador. Alegria was granted temporary worker status but his lawful immigration status was later terminated by the United States. Alegria was later arrested by the INS and placed into removal proceedings. Alegria failed to appear for removal proceedings and his case was administratively closed until he could be located. Alien file 070 045 082 was created when an INS Officer encountered Alegria in jail. The INS Officer conducted records checks and believed that Alegria was in the process of adjusting his immigration status so the INS Officer decided not to place an immigration detainer on Alegria.

8. Social Security Administration Office of the Inspector General Special Agent Boring received the New York State Department of Motor Vehicles (DMV) driver's license print out for the true Carlos Velazquez. The picture of the true Carlos Velazquez in the New York State DMV is not a picture of Jose Alegria.

9. Based upon these events, there is probable cause to believe that Jose Alegria knowingly made a false statement or claim that he was a citizen of the United

States with the intent to obtain a State benefit or service in violation of Title 18, United States Code, Section 1015(e).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Signature Redacted

Joshua A. Mitnick
Special Agent
Homeland Security Investigations

SUBSCRIBED AND SWORN TO before me this 17th day of November 2014, at Anchorage, Alaska.

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

Honorable Kevin F. McCoy
United States Magistrate Judge
United States District Court
District of Alaska